**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ANITA McMILLON, on behalf of herself and all others similarly situated, | ) ) ) | |
| *Plaintiff*, | ) ) | No. 1:22-cv-02539 |
| v. | ) ) | Honorable Marvin E. Aspen |
| ILLINOIS GASTROENTEROLOGY GROUP, P.L.L.C., (d/b/a "Illinois Gastroenterology Group"), | ) ) ) ) | Magistrate Judge M. David Weisman |
| | ) | |
| *Defendant*. | ) | |

**JOUNT MOTION TO TEMPORARILY STAY
PROCEEDINGS TO ALLOW FOR MEDIATION**

Plaintiff Anita McMillon and Defendant Illinois Gastroenterology Group, P.L.L.C., ("IGG") by their respective counsel, jointly move for a temporary stay of these proceedings to allow the parties the opportunity to mediate this and seven other related data breach lawsuits in a global mediation scheduled for September 20, 2022. In support of this motion, the parties further state as follows:

1. On May 13, 2022, plaintiff filed her Complaint against IGG alleging a data breach within IGG's network. (Dkt. 1). Plaintiff has brought this action on behalf of herself and a putative class. (Id.).

2. On June 14, 2022, this Court granted IGG's motion for an extension of time to respond to plaintiff's Complaint to and including July 13, 2022. (Dkt. 6). The Court also set this matter for an initial status on August 4, 2022 at 10:30 a.m. (Id.).

3. Since the granting of the extension and setting of the initial status date, counsel for IGG and the plaintiff have been discussing the possibility of an early mediation of this dispute.

4. Further, this case is one of eight data breach cases filed against IGG in a number of different Illinois courts. In addition to this case, these cases are:

- *Mahida v. Illinois Gastroenterology Group*, No. 22-cv-2273 (N.D. Ill.) – Filed 5/3/22

- *Doe v. Illinois Gastroenterology Group*, No. 22 CH 4408 (Cook Co.) – Filed 5/16/22

- *Fliman v. Illinois Gastroenterology Group*, No. 22 CH 4706 (Cook Co.) – Filed 5/23/22

- *McNicholas v. Illinois Gastroenterology Group*, No. 22 L 173 (Lake Co.) – Filed 5/25/22

- *Doe v. Illinois Gastroenterology Group*, No. 22 CH 4408 (Cook Co.) – Filed 5/27/22

- *Whitehead v. Illinois Gastroenterology Group*, No. 22 LA 202 (Lake Co.) – Filed 6/3/22

- *Castillo v. Illinois Gastroenterology Group*, No. 22-cv-02953 (N.D. Ill.) – Filed 6/6/22

5. Although coordination between multiple sets of attorneys in all of the above cases has taken some time, counsel for the parties in this case, as well as counsel in the seven additional cases above, have agreed to participate in a global mediation on September 20, 2022 to attempt a resolution of these pending matters.

6. The parties wish to conserve resources and refrain from additional expense in this matter while they prepare for and conduct the mediation and continue settlement discussions. As a result, they respectfully request that all deadlines in this case be suspended and the case be temporarily stayed until after the global mediation on September 20, 2022 has been completed.

WHEREFORE, Plaintiff Anita McMillon and Defendant Illinois Gastroenterology Group, P.L.L.C. respectfully request entry of an Order suspending all current deadlines and temporarily

staying these proceedings until after the global mediation of this and other related cases on September 20, 2022 has been completed.

        Respectfully submitted,

/s/ *Gary M. Klinger*
Gary M. Klinger
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
227 West Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (866) 252-0878
gklinger@milberg.com

Bryan L. Bleichner*
CHESTNUT CAMBRONNE PA
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Phone: (612) 339-7300
Fax: (612) 336-2940
bbleichner@chestnutcambronne.com

*\*Pro Hac Vice Application forthcoming*

*Attorneys for Plaintiff and the Putative Class*

AND

/s/ *James J. Sipchen*
James J. Sipchen (IL Bar No. 6226113)
PRETZEL & STOUFFER, CHARTERED
One S. Wacker Drive, Suite 2500
Chicago, Illinois 60606
Tel: (312) 346-1973
jsipchen@pretzel-stouffer.com

*Attorneys for Defendant, Illinois Gastroenterology Group, P.L.L.C.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the **Joint Motion to Temporarily Stay Proceedings to Allow for Mediation** was filed electronically this **13th** day of **July, 2022.** Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic system.

Gary M. Klinger
Milberg Coleman Bryson Phillips Grossman, PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
gklinger@milberg.com

Bryan L. Bleichner (*pro hac vice forthcoming)
Chestnut Cambronne PA
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
bbleichner@chestnutcambronne.com

    /s/ *James J. Sipchen*
James J. Sipchen (IL Bar No. 6226113)
Pretzel & Stouffer, Chartered
One S. Wacker Drive, Suite 2500
Chicago, Illinois 60606
Tel: (312) 346-1973
jsipchen@pretzel-stouffer.com
*Attorneys for Defendant*