## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Anita McMillon

                                                Plaintiff,

v.                                                              Case No.: 1:22−cv−02539
                                                                              Honorable Marvin E. Aspen

Illinois Gastroenterology Group, PLLC

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 14, 2022:

      MINUTE entry before the Honorable Marvin E. Aspen: Motion to stay pending mediation [8] is granted. The case is stayed through the mediation date of 9/20/2022. The status hearing set for 8/4/2022 is stricken and reset to 10/6/2022 at 10:30 a.m. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.