IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANITA MCMILON, on behalf of herself and all others similarly situated ) ) Plaintiffs, ) ) v. ) ) ILLINOIS GASTROENTEROLOGY GROUP, P.L.L.C., ) ) Defendant. ) | Case No. 1:22-cv-02539  Honorable Marvin E. Aspen |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Anita McMilon, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Defendant Illinois Gastroenterology Group, P.L.L.C., without prejudice.

Dated: March 22, 2023

Respectfully submitted,

/s/ *Gary M. Klinger*
Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street
Suite 2100
Chicago, IL 60606
T: (866) 252-0878
gklinger@milberg.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 22, 2023 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

/s/ *Gary M. Klinger*
Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street
Suite 2100
Chicago, IL 60606
T: (866) 252-0878
gklinger@milberg.com